# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: March 13, 2026

| | | |
|---|---|---|
| FARSHID FARAJI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00433-JD |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

    The Court previously advised that if the filing fee has not yet been paid, the deficiency must be cured promptly. *See* [Doc. No. 3] (Dkt. Text Only Order 3/10/2026). This matter cannot proceed without payment of the $5.00 habeas filing fee. *See* LCvR3.2(a) (explaining that the "filing fees must be paid in full within 3 business days of filing a civil action, suit, or proceeding, or the matter may be subject to dismissal without prejudice"). The Court orders the filing fee to be paid by **March 18, 2026**, or the habeas action will be dismissed without prejudice to refiling.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                    JOAN KANE, CLERK

                                    By:  /s/ Carol Ditta
                                                Deputy Clerk